IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

Plaintiffs,

v.

COMMUNITY HEALTH AND EMERGENCY
SERVICES, INC., an Illinois Not-For-Profit
corporation,

Defendant.                                                  No. 11-cv-785-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiffs' motion for voluntary dismissal with prejudice (Doc. 9). Plaintiffs have advised the Court that defendant has paid all delinquencies owed to plaintiffs and has asked for this case to be dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that dismissal is proper. Accordingly, the Court **GRANTS** the dismissal and **DISMISSES with prejudice** plaintiffs' case against defendant. The Clerk is to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 6th day of February, 2012.

David R. Herndon
2012.02.06
13:23:03 -06'00'

**Chief Judge**
**United States District Court**