## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'**
**PENSION, WELFARE & ANNUITY FUNDS,**

**Plaintiff,**

**-vs-**

**COMMUNITY HEALTH AND**
**EMERGENCY SERVICES, INC.,**
**An Illinois Not-For-Profit corporation,**

**Defendant.**                                         **NO. 11-CV-785-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 6, 2012, this case is **DISMISSED**  with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:**_____**/s/Sandy Pannier**_____
**Deputy Clerk**

Dated: February 6, 2012

David R. Herndon
2012.02.06
13:44:57 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT